IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **DISABILITY RIGHTS TEXAS,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:21-cv-00170 |
| § | |
| **CRAIG DESMOND, in his official capacity** § | |
| **as President of CHRISTUS SPOHN** § | |
| **HOSPITAL OF CORPUS CHRISTI –** § | |
| **SHORELINE** § | |
| § | |
| Defendant. § | |

## AGREED VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Disability Rights Texas and Defendant Craig Desmond in his official capacity as President of CHRISTUS Spohn Hospital of Corpus Christi-Shoreline hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this above-styled action is voluntarily dismissed without prejudice. The parties further stipulate that each party shall bear its own attorney's fees and costs.

Dated: October 26, 2021.

Respectfully submitted,

By: */s/ Beth Mitchell*
BETH MITCHELL
State Bar No. 00784613
Federal ID No. 29054
bmitchell@drtx.org
LISA SNEAD
State Bar No. 24062204
lsnead@drtx.org
DISABILITY RIGHTS TEXAS
2222 W. Braker Lane
Austin, Texas 78758
Telephone: (512) 454-4816
Facsimile: (512) 454-3999

KAYLA M. PUGA
State Bar No. 24078338
kpuga@drtx.org
DISABILITY RIGHTS TEXAS
4747 S. Loop 289, Ste. 120
Lubbock, TX 79416
Telephone: (806) 765-7794
Facsimile: (806) 765-0496

**ATTORNEYS FOR PLAINTIFF DRTx**


   */s/ Ryan Krone- by permission*
DANYA W. BLAIR – Attorney in Charge
State Bar No. 00790315
Federal ID No. 18239
AKERMAN LLP
danya.blair@akerman.com
112 East Pecan St., Suite 2750
San Antonio, Texas 78205
Telephone: (210) 582-0220
Facsimile: (210) 582-0231

RYAN C. KRONE
State Bar No. 24085750
AKERMAN LLP
ryan.krone@akerman.com
1300 Post Oak Boulevard, Suite 2500
Houston, Texas 77056
Telephone: (713) 871-6836
Facsimile: (713) 960-1527

**ATTORNEYS FOR DEFENDANT CRAIG DESMOND, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF CHRISTUS SPOHN HOSPITAL OF CORPUS CHRISTI-SHORELINE**

2

## CERTIFICATE OF CONFERENCE

I hereby certify that on October 25, 2021, I conferred with counsel for Defendant, who stated that Defendant agrees to join this motion.

/s/ Lisa Snead_____
LISA SNEAD

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2021, a true and correct copy of the foregoing document was electronically filed using the Court's CM/ECF filing system, thus providing notice of electronic filing.

/s/ Beth Mitchell_____
BETH MITCHELL